IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RACHELANNE PERKINS,**

   **Plaintiff,**

v.

**MARTIN O'MALLEY,**
 **Commissioner of Social Security,**

   **Defendant.**

Case No. 3:24-CV-688-NJR

## ORDER AWARDING FEES

**ROSENSTENGEL, Chief Judge:**

Pending before the Court is a Joint Motion to Award Attorney Fees and Expenses. (Doc. 23). The parties agree that Plaintiff is entitled to attorney fees and expenses in the amount of $5,855.54 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

Because Plaintiff is the prevailing party, the Court finds that she is entitled to an award of attorney's fees pursuant to the EAJA, 28 U.S.C. §2412(d)(1)(B). The Court further finds that the amount requested is reasonable and appropriate. Thus, the Joint Motion to Award Attorney Fees and Expenses is **GRANTED**.

Plaintiff is awarded **$5,855.54** in attorney fees and expenses in full satisfaction of any and all claims that may be payable to Plaintiff in this matter under the EAJA. Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, Defendant will direct that the award be made payable

to **Meredith Marcus** pursuant to the EAJA assignment duly signed by Plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record: **Meredith Marcus, Osterhout, Berger, Daley LLC, 4256 N. Ravenswood, Avenue, Suite 104, Chicago, IL 60613**.

    **IT IS SO ORDERED.**

    DATED:   October 15, 2024

*[Signature: Nancy J. Rosenstengel]*

**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**